IN THE SUPREME COURT OF TENNESSEE
AT JACKSON

**FILED**

**June 28, 1999**

**Cecil Crowson, Jr.
Appellate Court Clerk**

LORRAINE BURTON SPIERS MARCUS, )      **NOT FOR PUBLICATION**
                                )
        Appellee,               )      SHELBY CRIMINAL
                                )
v.                              )      NO. 02S01-9804-CH-00036
                                )
TRENT WRIGHT MARCUS,            )
                                )
        Appellant.              )

**O R D E R**

The appellee has filed a petition for rehearing in this appeal pursuant to
Tenn. R. App. P. 39.  We have considered all of the arguments raised in the petition, and
we have found them to be without merit.  It is, therefore, ORDERED that the petition is
denied.

PER CURIAM